DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANNA BARNELL,**
Appellant,

v.

**CRP/INSITE CLIPPER, LLC,** a Foreign Corporation, and
**B HOTELS AND RESORTS, LLC,** a Florida Corporation,
d/b/a **THE NAKED CRAB,**
Appellees.

No. 4D20-1354

[September 15, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haines, Judge; L.T. Case No. 062019CA002928AXXXCE.

Donna Greenspan Solomon of Solomon Appeals, Mediation & Arbitration, Fort Lauderdale, for appellant.

Hinda Klein of Conroy Simberg, Hollywood, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***